```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

| | |
|---|---|
| SUSAN D. RICHARDSON, | * |
| Plaintiff, | * |
| vs. | * |
| GINA MCCARTHY, *in her official capacity as Administrator of the U.S. Environmental Protection Agency*, and U.S. ENVIRONMENTAL PROTECTION AGENCY, | *    CASE NO. 3:13-CV-95 (CDL) <br> * <br> * <br> * |
| Defendants. | * <br> * |

O R D E R

Plaintiff was a scientist at the U.S. Environmental Protection Agency. She brought claims against the EPA and its administrator, Gina McCarthy, alleging that her superiors at the EPA discriminated against her based on her gender and then retaliated against her for reporting the discrimination. Defendants seek summary judgment. Having thoroughly reviewed the record and the briefs, the Court finds that genuine fact disputes exist on all of Plaintiff's claims. Accordingly, Defendants' motion for summary judgment (ECF No. 28) is denied.

IT IS SO ORDERED, this 3rd day of March, 2015.

                              S/Clay D. Land
                              CLAY D. LAND
                              CHIEF U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA